

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 8:26-mj-210-DUTY |
| Christopher Jasko, Jr. | |
| | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of <u>Government</u>, IT IS ORDERED that a detention hearing is set for <u>April 6,</u>, <u>2026</u>, at <u>2:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Karen E. Scott</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

<i>(Other custodial officer)</i>

Dated: <u>April 2, 2026</u>     *Karen E. Scott*
U.S. District Judge/Magistrate Judge